IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAVIS LANE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 2:15-cv-524 |
| v. | § | |
| | § | |
| LOUISIANA TRANSPORTATION, INC. | § | |
| | § | |
| *Defendant*. | § | |

# JOINT MOTION TO DISMISS WITH PREJUDICE

### TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Travis Lane ("Plaintiff") and Defendant Louisiana Transportation, Inc. ("Defendant") (collectively, the "Parties") and announce to the Court that they have compromised and settled all issues in controversy herein, and respectfully request that the Court dismiss each of Plaintiff's claims and causes of action asserted against Defendant with prejudice to the refiling of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that the Court dismiss all claims and causes of action asserted against the Defendant by the Plaintiff in this cause, with prejudice to refiling of same, and tax costs against the party incurring same.

Respectfully submitted,

*/s/ G.R. Randy Akin*
G.R. ("Randy") Akin
State Bar No. 00954900
G.R. "Randy" Akin, P.C.
Attorney-Mediator
GRA&Randyakin.com
3400 West Marshall Ave., Suite 300
Longview, Texas 75604
Telephone: (903) 297-8929
Facsimile: (903) 297-9046

and

Keith Miller
State Bar No. 14093750
Attorney at Law
Keith@5974090.net
100 E. Ferguson, Suite 101
Tyler, Texas 75702
Telephone: (903) 597-4090
Facsimile: (903) 526-2793

**COUNSEL FOR PLAINTIFF**


**HALLETT & PERRIN, P.C.**


*/s/ Barrett C. Lesher*
Jess C. Rickman, III (Lead Attorney)
State Bar No. 16884010
E-Mail: jrickman@hallettperrin.com
Barrett C. Lesher
State Bar No. 24070137
E-Mail: blesher@hallettperrin.com
HALLETT & PERRIN, P.C.
1445 Ross Ave., Suite 2400
Dallas, TX  75202
Telephone: (214) 922-4132
Facsimile: (214) 922-4142

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of this document was served on counsel for all parties via the court's ECF Filing System.

                                             */s/ Barrett C. Lesher*
                                             Barrett C. Lesher