# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRAVIS LANE, § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No. 2:15-cv-524 |
| v. § | |
| § | |
| LOUISIANA TRANSPORTATION, INC. § | |
| § | |
| *Defendant*. § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day, the Court considered Plaintiff Travis Lane and Defendant Louisiana Transportation, Inc.'s Joint Motion to Dismiss with Prejudice (the "Motion") and is of the opinion that the Motion should in all things be GRANTED.

IT IS THEREFORE ORDERED that each and every claim asserted by Plaintiff against Defendant is hereby dismissed with prejudice, and all costs of court shall be bourne by the party incurring same.

**SIGNED this 8th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE